IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD T. FLORES, AND BENJAMIN T. FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No.: C-13-2410 JSC<br><br>**ORDER TO SHOW CAUSE** |

Now pending before the Court is Defendants' Motion to Dismiss (Dkt. No. 8) which is set for hearing on August 1, 2013. Plaintiffs have not filed an opposition or statement of non-opposition as required by Local Rule 7-3. Accordingly, the Court hereby ORDERS Plaintiffs to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiffs should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before July 15, 2013. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2