United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD T. FLORES, AND BENJAMIN T. FLORES, | Case No.: C-13-2410 JSC |
| Plaintiffs, | **ORDER REFERRING PLAINTIFFS' COUNSEL LINDA VOSS TO THE STATE BAR** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Defendant Wells Fargo Bank, NA ("Wells Fargo") removed this action from the San Mateo County Superior Court on May 28, 2013 based on diversity jurisdiction. (Dkt. No. 1.) On June 18, 2013, Wells Fargo moved to dismiss the complaint for failure to state a claim upon which relief could be granted. (Dkt. No. 8.) Plaintiffs failed to file an opposition or statement of non-opposition as required by Local Rule 7-3 so the Court issued an Order to Show Cause as to why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. No. 10.) Plaintiffs failed to timely respond to the Court's Order; instead, Plaintiffs, through counsel, moved to voluntarily dismiss the case on July 24, 2013. (Dkt. No. 11.)

United States District Court
Northern District of California

1    The Court did not grant Plaintiffs' motion because it had come to the Court's attention

2    that Plaintiffs' counsel, Linda Z. Voss, was suspended from practice in this Court on an

3    interim basis on June 3, 2013.  *See In re: Linda Z. Voss*, No. 13-mc-80120-WHA, Dkt. No. 1.

4    This suspension became final on July 18, 2013.  *Id.* at Dkt. No. 2.  As far as the Court is

5    aware, Counsel Voss has not challenged this suspension in any way.  Nor had Voss filed a

6    notice of her suspension in this action or any of the many other actions which were then

7    pending in the District Court for the Northern District of California.  *See, e.g., Copper Hill,*

8    *Inc. v. Pagtalunan et al.*, No. 13-cv-01345-LB; *AH4R-CA, LLC v. De Leon et al.*, No. 13-cv-

9    01667-WHO; *Lampa-De Leon et al. v. Deutsche Bank*, NTC, No. No. 13-cv-01709-LB;

10   *Granite Ranch Opportunities, LLC v. Hecker*, No. 13-cv-02966-WHO; *Caballero et al v.*

11   *Bank of New York Mellon*, No. 13-cv-03178-EMC; *Garcia et al v. Aurora Loans Services et*

12   *al.*, No. 13-cv-03028-PJH.

13   The Court thus ordered counsel Voss to personally appear and show cause as to

14   whether the motion for voluntarily dismissal she filed on Plaintiffs' behalf was filed with their

15   consent and whether they had notice of her suspension from practice.  (Dkt. No. 13.)  Counsel

16   Voss was also ordered to show cause as to why she should not be referred to the California

17   State Bar based on her (1) continued filing of pleadings in this Court after she had been

18   suspended from practice, (2) failure to provide the Court with notice of her suspension, and

19   (3) her failure to substitute counsel or make other arrangements regarding representation of

20   her clients.  Counsel Voss was ordered to serve a copy of the Order to Show Cause on

21   Plaintiffs individually and file proof of service with this Court within seven days.

22   Counsel Voss failed to file the proof of service within seven days, although she did

23   personally appear at the Order to Show Cause hearing on August 15, 2013.  At the hearing,

24   Counsel Voss conceded that she had case management issues, but represented that her clients,

25   the Plaintiffs here, had been informed of her suspension from practice, this Court's Order to

26   Show Cause, and the motion to voluntarily dismiss this action.  Counsel Voss represented to

27

28

1  the Court that she would file proof of service to this effect with seven days.  To date, Counsel

2  Voss has failed to file anything further in this action.[1]

3         Given Counsel Voss's repeated failures to comply with this Court's Orders and her

4  apparent failure to comply with her professional and ethical responsibilities to provide

5  competent representation to her clients, and keep her clients informed about significant

6  developments in this and likely other actions, the Court hereby refers Counsel Linda Z. Voss,

7  California State Bar No. 111434, to the State Bar of California.

8         The Clerk shall forward a copy of this Order to the State Bar of California, Office of

9  the Chief Trial Counsel, 1149 South Hill Street, Los Angeles, California 90015-2299.

10

11     **IT IS SO ORDERED.**

12

13  Dated: September 23, 2013

14                                              _____
                                                JACQUELINE SCOTT CORLEY
15                                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27  [1] Counsel Voss has likewise failed to comply with a similar order to show cause issued by
28  District Judge Chen in *Caballero v. The Bank of New York Mellon, et al.*, No. 13-3178 EMC
    (Dkt. No. 22).

3