IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD T. FLORES, AND BENJAMIN T. FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No.: C-13-2410 JSC<br><br>**ORDER REASSIGNING AND REPORT AN RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE** |

Defendant Wells Fargo Bank, NA ("Wells Fargo") removed this action from the San Mateo County Superior Court on May 28, 2013 based on diversity jurisdiction. (Dkt. No. 1.) On June 18, 2013, Wells Fargo moved to dismiss the complaint for failure to state a claim upon which relief could be granted. (Dkt. No. 8.) Plaintiffs failed to file an opposition or statement of non-opposition as required by Local Rule 7-3 so the Court issued an Order to Show Cause as to why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. No. 10.) Plaintiffs failed to timely respond to the Court's Order; instead, Plaintiffs, through counsel, moved to voluntarily dismiss the case on July 24, 2013. (Dkt. No. 11.)

1    The Court did not grant Plaintiffs' motion because it had come to the Court's attention
2    that Plaintiffs' counsel, Linda Z. Voss, was suspended from practice in this Court on an
3    interim basis on June 3, 2013.  *See In re: Linda Z. Voss*, No. 13-mc-80120-WHA, Dkt. No. 1.
4    This suspension became final on July 18, 2013.  *Id.* at Dkt. No. 2.  As far as the Court is
5    aware, Counsel Voss has not challenged this suspension in any way.  Nor has Voss given
6    notice of her suspension in this action or any of the many other actions which she has pending
7    in the District Court for the Northern District of California.  *See, e.g., Copper Hill, Inc. v.
8    Pagtalunan et al.*, No. 13-cv-01345-LB; *AH4R-CA, LLC v. De Leon et al.*, No. 13-cv-01667-
9    WHO; *Lampa-De Leon et al. v. Deutsche Bank*, NTC, No. No. 13-cv-01709-LB; *Granite
10   Ranch Opportunities, LLC v. Hecker*, No. 13-cv-02966-WHO; *Caballero et al v. Bank of New
11   York Mellon*, No. 13-cv-03178-EMC; *Garcia et al v. Aurora Loans Services et al.*, No. 13-cv-
12   03028-PSG.

13   The Court thus ordered counsel Voss to personally appear and show cause as to
14   whether the motion for voluntarily dismissal she filed on Plaintiffs' behalf was filed with their
15   consent and whether they had notice of her suspension from practice.  (Dkt. No. 13.)  Counsel
16   Voss was also ordered to show cause as to why she should not be referred to the California
17   State Bar based on the fact that she has continued to file pleadings in this Court despite the
18   fact that she had been suspended from practice, failed to provide the Court with notice of her
19   suspension, and failed to substitute counsel or make other arrangements regarding
20   representation of her clients.  Counsel Voss was ordered to serve a copy of the Order to Show
21   Cause on Plaintiffs individually and file proof of service with this Court within seven days.

22   Counsel Voss failed to file the proof of service within seven days, although she did
23   personally appear at the Order to Show Cause hearing on August 15, 2013.  At the hearing,
24   Counsel Voss conceded that she had case management issues, but represented that her clients,
25   the Plaintiffs here, had been informed of her suspension from practice, this Court's Order to
26   Show Cause, and the motion to voluntarily dismiss this action.  Counsel Voss represented to
27   the Court that she would file proof of service to this effect with seven days.  To date, Counsel
28   Voss has failed to file anything further in this action.  The Court thus issued an Order

referring her to the State Bar of California based on her repeated failures to comply with this Court's Orders and her apparent failure to comply with her professional and ethical responsibilities to provide competent representation to her clients, and keep her clients informed about significant developments in this and likely other actions.

With respect to Defendant Wells Fargo's pending motion to dismiss, as Plaintiffs have neither consented to nor declined the undersigned magistrate judge's jurisdiction, the Clerk of the Court is ordered to reassign this action to a district court judge. Based on the foregoing, this Court RECOMMENDS that the newly assigned district judge DISMISS this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Defendant Wells Fargo Bank, N.A. shall serve this Order on Plaintiffs Bernard T. Flores and Benjamin T. Flores at their last known address and file proof of service with this Court within seven days.

Any party may file objections to this report and recommendation with the district court judge within fourteen days after being served with a copy. *See* 28 U.S.C. §636(b)(1)(B); Fed. R. Civ. P. 72(b); Civil L.R. 72-3.  Failure to file objections within the specified time may waive the right to appeal the district court's ultimate Order.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE