UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARD T. FLORES, et al.,

    Plaintiffs,

    v.

WELLS FARGO BANK, N.A.,

    Defendants.

_____/

No. C 13-2410 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The court has reviewed Magistrate Judge Jacqueline Scott Corley's report and recommendation to dismiss. Plaintiffs filed no objections to the report within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the above-entitled action is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    Defendant Wells Fargo Bank, N.A. shall serve this order (and the accompanying judgment) on plaintiffs Bernard T. Flores and Benjamin T. Flores at their last known address and file proof of service with this court within seven days.

    **IT IS SO ORDERED.**

Dated: October 18, 2013

                                             PHYLLIS J. HAMILTON
                                             United States District Judge