UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARD T. FLORES, et al.,

        Plaintiffs,                No. C 13-2410 PJH

       v.                   **JUDGMENT**

WELLS FARGO BANK, N.A.,

        Defendants.
_____/

     The court having dismissed the above-entitled action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute,

     It is Ordered and Adjudged

     that plaintiffs take nothing, and that the action be dismissed without prejudice.

     **IT IS SO ORDERED.**

Dated: October 18, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California